UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61280-CIV-UNGARO

JACK EDWARD FORER,

    Plaintiff,

v.

AL LAMBERTI, *et al.*,

    Defendants.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* Second Amended Complaint (Complaint) pursuant to 42 U.S.C. § 1983, filed November 1, 2010 (D.E. 13).  The cause was referred to Magistrate Judge Patrick A. White, who, on January 20, 2011, issued a Report recommending that Plaintiff's Complaint be dismissed.  (D.E. 17.)  The parties were afforded the opportunity to file objections to the Report, and on February 2, 2011, Plaintiff filed his objections, as well as a Motion to Proceed as a Class Action.  (D.E. 18.)

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises.

In his Complaint, Plaintiff alleges that Defendants denied him access to a law library during his incarceration in Broward County Jail and seeks injunctive relief in the form of a court order requiring the Broward County Jail to provide to provide an adequate law library.  (D.E. 13.)  In his Report, the Magistrate Judge recommends dismissing the Complaint as moot, because Plaintiff is no longer incarcerated in the Broward County Jail.  (D.E. 17.)  In his objections, Plaintiff contends that the issues raised in his Complaint are not moot, because he may be

returned to the custody of Broward County for several days in February of this year. Moreover, Plaintiff contends that the issues raised in the Complaint are not moot, because similarly situated individuals who are currently incarcerated in Broward County Jail are also denied access to an adequate law library; Plaintiff thus requests that the Court certify this action as a class action pursuant to Federal Rule of Civil Procedure 23.

      The Court has considered Plaintiff's objections to the Magistrate Judge's Report but ultimately concurs with the conclusions contained in the Report; Plaintiff's Complaint and request for injunctive relief is moot, as Plaintiff is no longer in Defendants' custody. Moreover, the Court finds that Plaintiff's request to pursue this action as a class action is without merit. A party seeking to certify a class action must show that the putative class satisfies the four threshold requirements of Rule 23(a): (1) numerosity; (2) typicality; (3) commonality; and (4) adequacy of representation. The Court finds that Plaintiff has failed to meet his initial burden to show that the putative class satisfies the four threshold requirements of Rule 23(a). Class treatment is, therefore, not warranted. For these reasons, it is

      ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 17) is RATIFIED, ADOPTED AND AFFIRMED. Plaintiff's Complaint (D.E. 13) is DISMISSED.

      DONE and ORDERED in Chambers, at Miami, Florida this _4th__ day of February 2011.

                                                   _____
                                                   URSULA UNGARO
                                                   UNITED STATES DISTRICT JUDGE

copies provided:
Jack Edward Forer, *pro se*